```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        2:03CR242-S
                               )
     v.                        )
                               )
MARGULIS ENTERPRISES, INC.,    )    FINAL ORDER OF FORFEITURE
d/b/a COVENANT MEDICAL         )
SUPPLIES; FRANCIS W. MARGULIS  )
a/k/a FRANK MARGULIS; LINDA P. )
MARGULIS; CHERRY CONNER;       )
JONATHAN THOMAS; and ERICA     )
THOMAS,                        )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the preliminary order of forfeiture entered May 9, 2005, ordering Margulis Enterprises, d/b/a Covenant Medical Supplies, to forfeit Seventy-Seven Thousand Dollars ($77,000) in AmSouth Bank Account number 0039227774 (Money Market Account), and by agreement of the parties, the amount to be forfeited was reduced to $40,000.

The United States caused to be published in <u>Montgomery Advertiser</u> newspaper, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the preliminary order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

No petition has been filed, and the Court finds that defendant Margulis Enterprises, d/b/a Covenant Medical Supplies, had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(7).

The United States has established the requisite nexus between such property in the commission of the violation of Title 18, United States Code, Section 1347.  Accordingly,

IT IS ORDERED:

1) Forty Thousand Dollars ($40,000) seized from AmSouth Bank Account number 0039227774 (Money Market Account) is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 982(a)(7).

2) That all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

3) That the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4) That the Clerk of the Court shall forward two certified copies of this order to the United States Attorney's Office.

DATED this 31st day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court